UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERTO SOTO

Plaintiff,  Case No.: 6:10-cv-1846-Orl-28GJK

vs.

AMERICAN CORADIUS INTERNATIONAL, LLC

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GILBERTO SOTO (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: January 17, 2011            Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Dayle M. Van Hoose, Esq.
Florida Bar No.: 0016277
Email: dvanhoose@sessions-law.biz
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Email: kgrace@sessions-law.biz
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
Attorneys for Defendant
Served via CM/ECF