**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GILBERTO SOTO,

Plaintiff,

CASE NO.: 10-cv-1846-Orl-28GJK

vs.

AMERICAN CORADIUS INTERNATIONAL, LLC,

Defendants

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: March 1, 2011                                            Respectfully submitted,

/s Andrew I. Glenn_____                             /s/ Dayle M. Van Hoose_____
Andrew I. Glenn                                                 Dayle M. Van Hoose, Esq.
E-mail: Andrew@cardandglenn.com                                 Florida Bar No.: 0016277
Florida Bar No.: 577261                                         Email: dvanhoose@sessions-law.biz
J. Dennis Card, Jr.                                             Kenneth C. Grace, Esq.
E-mail: Dennis@cardandglenn.com                                 Florida Bar No.: 0658464
Florida Bar No. 0487473                                         Email: kgrace@sessions-law.biz
Card & Glenn, P.A.                                              Sessions, Fishman, Nathan & Israel, L.L.C.
2501 Hollywood Boulevard, Suite 100                             3350 Buschwood Park Drive, Suite 195
Hollywood, Florida 33020                                        Tampa, FL 33618
Telephone: (954) 921-9994                                       Telephone: (813) 890-2463
Facsimile: (954) 921-9553                                       Facsimile: (866) 466-3140
Attorneys for Plaintiff                                         Attorneys for Defendant